UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLOYD JACKSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7474** |
| **ALLSTATE INSURANCE COMPANY** | **SECTION: "K"(5)** |

## ORDER

Considering the parties' Joint Motion to Continue Trial (Rec. Doc. 18), and this Court's status conference held with the parties on December 3, 2007, accordingly,

**IT IS ORDERED** that the parties' Joint Motion to Continue Trial (Rec. Doc. 18) is **DENIED.** The Court will, however, **GRANT** an extension to the Defendant for the submission of expert reports. The deadline for the Defendant's submission of expert reports shall be extended from December 3, 2007, to **January 11, 2008.** This extension shall not impact any other deadlines in this matter.

New Orleans, Louisiana, this __3rd__ day of December, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE